# Third District Court of Appeal

## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1379
Lower Tribunal No. 19-27194
_____

**Royal Caribbean Cruises, Ltd.,**
Appellant,

vs.

**Silvia Bonilla,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Fowler White Burnett, P.A., and Cameron W. Eubanks, for appellant.

Law Offices of Luis A. Perez, P.A., and Luis A. Perez; Russo Appellate Firm, P.A., and Elizabeth K. Russo and Paulo R. Lima, for appellee.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.